IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL, <br><br> Plaintiff, <br><br> v. <br><br><br> RLH ASSETS, LLC dba FOODWIT; and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. <br> **JURY TRIAL DEMANDED** |

### **TRUSTWELL'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff ESHA Research, LLC, now known as Trustwell ("Trustwell"), certifies that Trustwell is a wholly owned subsidiary of ESHA Intermediate, LLC, which is based and registered in Delaware, and that no publicly-held corporation owns 10% or more of its stock.

Dated: February 20, 2025

*Of Counsel:*

Cary D. Sullivan (*PHV app. pending*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com

  */s/ Kenneth L. Dorsney*
  Kenneth L Dorsney (#3726)
  Cortlan S. Hitch (#6720)
  MORRIS JAMES LLP
  500 Delaware Avenue, Suite 1500
  Wilmington, DE  19801
  Telephone: (302) 888-6800
  kdorsney@morrisjames.com
  chitch@morrisjames.com

  *Attorneys for Plaintiff*
  *ESHA Research, LLC, now known as Trustwell*

1