# EXHIBIT 1



# Genesis R&D Quote Request
1 message

**Benjamin Miller** <ben@esharesearch.com>  Wed, May 4, 2016 at 10:05 AM
To: becki.holmes@gmail.com

Rebecca,

Thank you for your interest in our Genesis R&D Food Formulation & Labeling Software. Genesis is a powerful tool for product development, nutrition analysis, and labeling compliance.

We have two options for deploying the Genesis software program, both with different value and cost structures. Consultants are required to use the subscription, and have separate pricing and opportunities. The manufacturer quotes (network and subscription) can only be used for the company the account is under.

1. Perpetual License, Desktop Installation

    With a perpetual license, you own the software and install the program versions in your environment. Purchase comes with one year of priority support and program updates. After year one, you have the option to renew the priority Priority Support on an annual basis in order to continue receiving updates and priority access to our support teams.

2. Subscription, Cloud Hosted

    With a cloud-hosted subscription, you can log-in from any web-browser with an internet connection. You receive all Priority Support updates and support while active. All updates and IT management is taken care of by ESHA through the hosted service, making this choice an easy turn-key solution for you.

3. Consultant License:

    The ESHA Consulting License provides full access to all Genesis R&D Food modules, on an annual subscription basis. Package includes ESHA Port utility, priority support, and updates.  The annual cost is $3,499.

    In addition, our Genesis consultant has the option to be exclusive Genesis software resellers. As a reseller, you can sell Genesis to customers at standard rates and receive a 30% reimbursement for each software sale.

    This program lets you have everything ESHA Genesis offers at a discounted rate to assist in building your business with ESHA's 30 plus years of expertise as a leader in nutrition labeling and formulation software as your partner.

*Both options can be licensed as a single user or as a shared group network.*

**Learn more about Genesis**

·    Overview of Genesis R&D

·    Label samples

- Report samples
- Genesis limited Demo

I appreciate your time and interest. I am available to discuss these options with you after you have a chance to review or if you know which options your prefer I can provide a quote.

Best regards,

Benjamin Miller

ESHA Product Consultant

800-659-3742 ext 117

Follow ESHA on Facebook

1 or 2 day training

---

**From:** Wufoo [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, May 4, 2016 9:22 AM
**To:** sales@esha.com
**Subject:** Quote Request [#1375]

| | |
|---|---|
| **First Name *** | Rebecca |
| **Last Name *** | Holmes |
| **Company Name *** | Self |
| **Phone Number *** | 2064579598 |
| **Email *** | becki.holmes@gmail.com |
| **Address *** | 628 Prospect Avenue<br>Hermosa Beach, CA 90254<br>United States |
| **Which product/service are you interested in? *** | Genesis R&D Food Labeling Software |

| | |
|---|---|
| How many licenses (concurrent users) | 1 |
| Industry * | Other |
| How did you hear about ESHA? * | Other (Please Specify) |
| Other (Please Specify) | I've used ESHA Genesis in the past for food manufacturer and retailer corporations. I'd like a quote for 1 license as well as a quote for up to 5 licenses. Please let me know if you have any questions. |

**3 attachments**

📄 **GNF-NETWORK-2016.pdf**
63 KB

📄 **GNF-SUBSCRIPTION-2016.pdf**
57 KB

📄 **GNF-CONSULTANT-2016.pdf**
57 KB



# Genesis® R&D Food Development and Labeling Software

## 2016 Genesis® R&D Network Price List and Order Form

Name _____  Company _____

Address _____  Billing Address (if different) _____

City _____ State _____  Zip or Postal Code _____

Phone _____ Fax _____  Email _____

We accept Visa, Master Card, American Express, Discover, Company Check, and Purchase Orders. **In addition, ESHA offers a variety of flexible payment options. Contact us to learn more.**

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____ Expiration _____

## PRICES (all prices in U.S. dollars)

| Genesis R&D Network | Pricing | Qty. | Total |
|---|---|---|---|
| **Single-site, Multi-user License**<br>Includes<br>• 1 Shared/Concurrent License<br>• 1 Label Module<br>• ESHA Security | $6,499 | | |
| **Add-ons** | **Pricing** | **Qty.** | **Total** |
| Additional Licenses | $2,199 | | |
| *Additional Label Modules* | | | |
| Canada | $2,999 | | |
| European Union | $2,999 | | |
| Mexico | $2,999 | | |
| United States | $2,999 | | |
| *Workflow Utilities* | | | |
| ESHA Port | $1,299 | | |
| Genesis API | $3,999 | | |

Total _____

| Priority Support | Pricing |
|---|---|
| First Year | Included |
| Annual Support | $999 |
| Annual Support for Each Additional License | $499 |

**4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com**



**Genesis® R&D** Food Development and Labeling Software

## 2016 Genesis® R&D Subscription Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____ State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

We accept Visa, Master Card, American Express, Discover, Company Check, and Purchase Orders. *In addition, ESHA offers a variety of flexible payment options. Contact us to learn more.*

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

| **Payment Information:** |
|---|
| Visa/MC/Amex/Disc. # _____ Expiration _____ |

### PRICES *(all prices in U.S. dollars)*

| Genesis R&D | Annual | Qty. | Monthly | Qty. | Total |
|---|---|---|---|---|---|
| Multi-User Hosted Subscription<br>　Includes<br>　• 1 Named User<br>　• 1 Label Module | $2,999 | | $299 | | |
| **Add-ons** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| Additional Named Users | $999 | | $99 | | |
| *Additional Labels* (only one per account needed) | | | | | |
| Canada | $599 | | $59 | | |
| European Union | $599 | | $59 | | |
| Mexico | $599 | | $59 | | |
| United States | $599 | | $59 | | |
| **Workflow Utilities** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| ESHA Port | $399 | | $39 | | |
| ESHA Security | $399 | | $39 | | |

**Total** _____

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com



**Genesis® R&D** Food Development and Labeling Software

## 2016 Genesis® R&D Consultants Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____ State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____ Expiration _____

## PRICES (all prices in U.S. dollars)

| Genesis R&D | Annual | Qty. | Monthly | Qty. | Total |
|---|---|---|---|---|---|
| Includes<br>• 1 Named User<br>• All Label Modules<br>• ESHA Port | $3,499 | | $349 | | |
| **Add-Ons** | **Annual** | **Qty.** | **Monthly** | **Qty.** | **Total** |
| Additional Users | $999 | | $99 | | |

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total** _____

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com