# **EXHIBIT 5**

Case 3:25-cv-00880-JR     Document 7-5     Filed 04/22/25     Page 1 of 4



**RE: Genesis R&D Quote Follow Up**
1 message

**Benjamin Miller** <ben@esha.com>                                                                                                     Wed, Aug 30, 2017 at 2:10 PM
To: Becki Holmes <becki@foodwit.com>

Becki,

Great! Thank you for providing your credit card information.

To complete the sign-up process for the Genesis Cloud Services, I will need you to fill out this ESHA Cloud Registration Form, so that we can create the account. Once the form is completed, it will take 1-3 business days to have the cloud installation ready to go for you.

When the access is ready, we will send you notification via email.

That email will contain:

1. Your log-in information and link to access Genesis
2. The paid invoice receipt
3. Links for our various support departments, tutorials, and user manual

I look forward to the completion of your set-up form.

Please let us know if we can provide further assistance.

Best Regards,

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

Facebook | Twitter | LinkedIn

**From:** Becki Holmes [mailto:becki@foodwit.com]
**Sent:** Wednesday, August 30, 2017 2:01 PM
**To:** Benjamin Miller <ben@esha.com>
**Subject:** Re: Genesis R&D Quote Follow Up

Hi Ben,

Hope you've been well!  I'd like to sign up for a cloud subscription.  Attached is the completed form.  Please let me know when we can expect access and credentials.

Best,

Becki

On Fri, Aug 18, 2017 at 10:27 AM, Benjamin Miller <ben@esha.com> wrote:

> Rebecca,
>
> I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.
>
> I'm happy to assist and here to help answer any questions.
>
> Best Regards,
>
> Benjamin Miller
>
> Product Consultant
>
> ESHA Research
>
> T: 503-585-6242 x117
>
> F: 503-585-5543
>
> Email: Ben@esha.com
>
> www.esha.com
>
> Facebook | Twitter | LinkedIn
>
> --

Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598