# EXHIBIT 8

DocuSign Envelope ID: BB102B03-D644-45BA-BD85-374AC79961A7



# Order Form

**ESHA Research**
4747 Skyline Rd S Ste 100
Salem, OR 97306
info@esha.com
T: (503) 585-6242
F: (503) 585-5543
Federal ID: 93-0777 394

| Customer Information | | | |
|---|---|---|---|
| Customer Name | Foodwit | Billing Contact: | Same |
| Customer Address: | 7411 SW Capital Hwy, Portland OR, 97219 | Billing Address: | Same |
| Business Contact: | Becki Holmes | Billing Email: | |
| Business Contact Email: | becki@foodwit.com | Billing Phone #: | |
| Business Contact Phone #: | 206.457.9598 | Billing Fax #: | |
| Ship to (Sales Tax): | | Tax Exempt (No. + State) | |

| Order Information | | | |
|---|---|---|---|
| Order Form Date: | 9/5/23 | | |
| Order Form Term (in months): | 12 | Prepared By: | Roxy Medley |
| Term Start Date: | 8/30/23 | Prepared By Email: | rmedley@trustwell.com |
| Term End Date: | 8/29/24 | Expiration Date: | 9/8/23 |

**GENESIS FOODS PRICING:**

| SOFTWARE PRODUCTS AND SUBSCRIPTIONS | QUANTITY | ANNUAL FEE |
|---|---|---|
| Genesis Foods Platform (User Licenses) | Up to 4 | $10,000 |
| Number of Recipes Managed | Up to 1000 | $30,000 |
| REX (Regulatory Expert) User Licenses | 1 | No cost |
| PORT, Security and API ($15K value) | Included | No cost |
| US Label Module | Included | No cost |
| Canada Label Module | 1 | $7,000 |
| Total | | $47,000 |
| Annual Customer Loyalty Tenure Discount | | ($10,810) |
| One Time Sales Discount | | ($1,809.50) |
| Annual Software Fee | | $34,380.50 |

\*\* Approved Per Jason Hendricks \*\*
Payment #1 at time of signature - $17,190.25
Payment #2 due January 2024 - $17,190.25

Customer to call our processing department at 503-585-6242 x3 to set up payments with credit card.



1. **Order Form Additional Terms.**

    1.1. This Order Form is effective as of the Order Form Date, is between ESHA Research, LLC, dba Trustwell ("Trustwell") and the Customer identified above ("Licensee"), and is subject to the terms of, and is incorporated into, the Trustwell Web Application Terms of Services and End User License Agreement ("Agreement"). Any capitalized term used in this Order Form and not expressly defined in this Order Form shall have the meaning specified in the Agreement. Any changes, modifications, revisions or amendments to this Order Form including to its appendices, if any, must be signed by both Parties.

    1.2. The Genesis Foods Platform includes software maintenance and support (technical, database, nutrition, and updates) for the duration of the subscription.

2. **Definition of Units.**

    2.1. **"Licenses or Users"**: means Licensee's and its Affiliates' employees, consultants, agents, services providers, contractors, and other individuals who are authorized to use the Licensed Software and/or have been supplied user identifications and passwords. Licensee shall not allow two Users to access the Licensed Software with the same user ID and password.

    2.2. **"Recipes"**: means 1) the number of recipes, sub-recipes, formulations and any other recipe component loaded or entered or otherwise managed within the Licensed Software during the subscription period.

3. **Payments and Overage.**

    3.1. All payments are due thirty (30) days from the invoice date and are non-refundable except as provided in the Agreement. Trustwell will invoice Licensee for Annual Recurring Fees as follows:

| | |
|---|---|
| Upon Execution | 12 months of Annual Recurring Fees, in advance |
| 30 Days before each applicable Anniversary of the Term Start Date and until the Term End Date | 12 months of Annual Recurring Fees, in advance |

    3.2. Licensee shall notify Trustwell of any increase in the number of Users or Recipes (as applicable) greater than the applicable Quantity specified above and Trustwell may monitor Licensee's use. Upon receipt of Trustwell's invoice for excess use, Licensee shall pay additional fees on a proportionate basis for the excess use in minimum blocks of 10% of the applicable Quantity, for prior use and for use for the remainder of the Order Form Term.

4. **Miscellaneous.**

    4.1. Miscellaneous. In the event of any conflict or inconsistency between the provisions of this Order Form and the Agreement, including any schedules, addenda or attachments thereto, the provisions of this Order Form shall prevail only as to the Products in this Order Form. The Agreement, including all Order Forms and attached or incorporated documents, constitutes the complete and exclusive statement of the parties' agreement and supersedes all proposals or prior agreements, oral or written, between the parties relating to the subject matter hereof. Each of the Parties acknowledges and agrees that in entering into this agreement it does not rely on and shall have no remedy or right of action with respect to any statement, undertaking, promise, assurance, warranty, understanding or any representation or misrepresentation (whether contractual or non-contractual and whether negligently or innocently made) relating to the subject matter of this agreement and other than as expressly set out in this agreement as a warranty, in writing or not and made by or to any person. Nothing in this clause shall, however, operate to limit or exclude any liability for fraud. Any purchase orders issued by Licensee, including their terms, even if acknowledged by Trustwell, shall be deemed to be for Licensee's convenience only and shall in no way change or add to the terms and conditions of this Order Form.

5. **Validity of Offer.** Unless otherwise agreed by Trustwell, this Order Form is valid only if executed by Licensee on or before 9/8/23

| ESHA Research, LLC, dba Trustwell | | Foodwit | |
|---|---|---|---|
| Signature | *Stephen Bruce* (DocuSigned by) BFECC8339F9D4B7... | Signature | *[signature]* (DocuSigned by) 71940F6C6561453 |
| Name | Stephen Bruce | Name | Becki Holmes |
| Title | CEO | Title | Founder & Owner |
| Date | 9/6/2023 | Date | 9/6/2023 |