IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL, <br><br> Plaintiff, <br><br> v. <br><br> RLH ASSETS, LLC d/b/a FOODWIT; and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-206-RGA |

## RULE 7.1 DISCLOSURE STATEMENT OF RLH ASSETS, LLC

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant RLH Assets, LLC states as follows:

RLH Assets, LLC is a limited liability company formed under the laws of the state of Oregon. RLH Assets, LLC has no parent corporation, and no publicly held corporation owns more than 10% of RLH Assets, LLC.

OF COUNSEL:
Matthew S. Warren
Erika H. Warren
Shaida Shahinfar
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA, 94114
(415) 895-2940

Dated: April 22, 2025

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorney for Defendant RLH Assets, LLC d/b/a Foodwit*