IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RLH ASSETS, LLC d/b/a FOODWIT; and )<br>DOES 1-20, )<br>)<br>Defendants. ) | C.A. No. 25-206-RGA |

## ORDER

WHEREAS, RLH Assets, LLC ("Defendant") moves this Court to dismiss this action for lack of venue under 28 U.S.C. § 1406, or to transfer it to the United States District Court for the District of Oregon, or, in the alternative, under 28 U.S.C. § 1404, moves to transfer this action to the United States District Court for the District of Oregon;

WHEREAS, the Court having considered the Defendant's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406 or to Transfer Under 28 U.S.C. § 1404, and the lack of any opposition thereto (D.I. 12);[1]

IT IS HEREBY ORDERED this 7th day of May, 2025, that the Defendant's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406 or to Transfer Under 28 U.S.C. § 1404 (D.I. 5) is GRANTED and this action shall be transferred to the United States District Court for the District of Oregon.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews

---

[1] The Court has considered Defendant's Reply. (D.I. 13). Whether under § 1404 or § 1406, the Court would transfer the case to the District of Oregon.