# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00206−RGA

| | |
|---|---|
| ESHA Research, LLC v. RLH Assets, LLC et al | Date Filed: 02/20/2025 |
| Assigned to: Judge Richard G. Andrews | Date Terminated: 05/22/2025 |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ESHA Research, LLC**
*also known as*
Trustwell

represented by **Kenneth Laurence Dorsney**
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899−2306
(302) 888− 6855
Fax: (302) 571−1750
Email: kdorsney@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cortlan S. Hitch**
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
302−888−6988
Fax: 302−571−1750
Email: chitch@morrisjames.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RLH Assets, LLC**
*doing business as*
Foodwit

represented by **Erika H. Warren**
Email: erika@warrenkashwarren.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
302−298−0700
Email: kkeller@shawkeller.com
*ATTORNEY TO BE NOTICED*

**Matthew S. Warren**
Email: matt@warrenkashwarren.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nathan Roger Hoeschen**
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
302−298−0709
Email: nhoeschen@shawkeller.com
*ATTORNEY TO BE NOTICED*

**Shaida Shahinfar**
Email: shaida@warrenkashwarren.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1−20**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2025 | Ï 1 | COMPLAINT for Injunctive Relief and Damages with Jury Demand against Does 1−20, RLH Assets, LLC (Filing fee $ 405, receipt number ADEDC−4618923) − filed by ESHA Research, LLC. (Attachments: # 1 Civil Cover Sheet)(mpb) (Entered: 02/20/2025) |
| 02/20/2025 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mpb) (Entered: 02/20/2025) |
| 02/20/2025 | Ï 3 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent ESHA Intermediate, LLC for ESHA Research, LLC filed by ESHA Research, LLC. (mpb) (Entered: 02/20/2025) |
| 02/20/2025 | Ï | No Summons Issued. (mpb) (Entered: 02/20/2025) |
| 02/26/2025 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 02/26/2025) |
| 03/12/2025 | Ï 4 | WAIVER OF SERVICE returned executed by ESHA Research, LLC: For RLH Assets, LLC waiver sent on 2/21/2025, answer due 4/22/2025. (Dorsney, Kenneth) (Entered: 03/12/2025) |
| 04/22/2025 | Ï 5 | MOTION to Dismiss or Transfer − filed by RLH Assets, LLC. (Attachments: # 1 Exhibit 1)(Hoeschen, Nathan) Modified on 4/22/2025 (nms). (Entered: 04/22/2025) |
| 04/22/2025 | Ï 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss or to Transfer, filed by RLH Assets, LLC. Answering Brief/Response due date per Local Rules is 5/6/2025. (Hoeschen, Nathan) Modified on 4/22/2025 (nms). (Entered: 04/22/2025) |
| 04/22/2025 | Ï 7 | DECLARATION of Becki Holmes re 6 Opening Brief in Support by RLH Assets, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Hoeschen, Nathan) (Entered: 04/22/2025) |
| 04/22/2025 | Ï 8 | DECLARATION of Matthew S. Warren re 6 Opening Brief in Support by RLH Assets, LLC. (Attachments: # 1 Exhibit 1)(Hoeschen, Nathan) (Entered: 04/22/2025) |
| 04/22/2025 | Ï 9 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by RLH Assets, LLC. (Hoeschen, Nathan) (Entered: 04/22/2025) |

| | | |
|---|---|---|
| 04/24/2025 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Matthew S. Warren, Erika H. Warren and Shaida Shahinfar − filed by RLH Assets, LLC. (Keller, Karen) (Entered: 04/24/2025) |
| 04/24/2025 | 11 | Pro Hac Vice Fee − Credit Card Payment received for Matthew S. Warren, Erika H. Warren, and Shaida Shahinfar. ( re 10 MOTION for Pro Hac Vice Appearance of Attorney Matthew S. Warren, Erika H. Warren and Shaida Shahinfar )( Payment of $ 150, receipt number ADEDC−4669548).(Keller, Karen) (Entered: 04/24/2025) |
| 04/24/2025 | | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Matthew S. Warren, Erika H. Warren and Shaida Shahinfar filed by RLH Assets, LLC. Signed by Judge Richard G. Andrews on 4/24/2025. (aas) (Entered: 04/24/2025) |
| 04/25/2025 | | Pro Hac Vice Attorney Erika H. Warren, Shaida Shahinfar, Matthew S. Warren for RLH Assets, LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) (Entered: 04/25/2025) |
| 05/06/2025 | 12 | NOTICE of Non−Opposition to Defendant's Motion to Dismiss or Transfer under 28 U.S.C. § 1404 (D.I. 5 ), by ESHA Research, LLC. (Dorsney, Kenneth) Modified on 5/6/2025 (nms). (Entered: 05/06/2025) |
| 05/07/2025 | 13 | REPLY BRIEF re 5 MOTION to Dismiss or to Transfer filed by RLH Assets, LLC. (Keller, Karen) (Entered: 05/07/2025) |
| 05/07/2025 | 14 | ORDER: The Defendant's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406 or to Transfer Under 28 U.S.C. § 1404 (D.I. 5) is GRANTED and this action shall be transferred to the United States District Court for the District of Oregon. Signed by Judge Richard G. Andrews on 5/7/2025. (aas) (Entered: 05/07/2025) |
| 05/22/2025 | | Case transferred to United States District Court for the District of Oregon.(aas) (Entered: 05/22/2025) |