**Brian R. Talcott, OSB 965371**
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
Email: btalcott@dunncarney.com

**Cary D. Sullivan** (*PHV to be filed*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail:  carysullivan@jonesday.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESHA RESEARCH, LLC,** | |
| Plaintiff, | Case No. 3:25-cv-00880-JR |
| v. | **NOTICE OF RELATED CASE** |
| **RLH ASSETS, LLC, et al.,** | |
| Defendant. | |

Pursuant to L.R. 42-2, plaintiff ESHA Research, LLC identifies the following related case:

RLH Assets, LLC, dba Foodwit v. ESHA Research, LLC, Case No. 3:25-CV-00656-SB (D. Or.).

The complaint in this related case is in direct response to the above-captioned action.

/ / /

/ / /

/ / /

/ / /

 Page 1    **NOTICE OF RELATED CASE**
DCAPDX\5572502.v1

Dated this 27th day of May, 2025.

                                          DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

                                          *s/ Brian R. Talcott*
                                          **Brian R. Talcott, OSB 965371**
                                          Email: btalcott@dunncarney.com
                                          Telephone: 503.224.6440
                                          Facsimile: 503.224.7324

                                          *Of Counsel:*

                                          Cary D. Sullivan (*pro hac vice* to be filed)
                                          JONES DAY
                                          3161 Michelson Drive, Suite 800
                                          Irvine, CA  92612
                                          Telephone: (949) 851-3939
                                          carysullivan@jonesday.com

                                          Attorneys for Plaintiff