P. Andrew McStay, Jr., OSB 033997
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice forthcoming*)
Erika H. Warren (*pro hac vice forthcoming*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC dba Foodwit*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RLH ASSETS, LLC, dba FOODWIT; and DOES 1-20,<br><br>　　　　　　　Defendants. | Case No. 3:25-CV-00880-JR<br><br>**NOTICE OF SUBSTITUTION** |

　　　　PLEASE TAKE NOTICE that Karen Elizabeth Keller and Nathan Roger Hoeschen of Shaw Keller LLP are withdrawing as attorneys for Defendant RLH Assets, LLC, dba Foodwit ("Defendant Foodwit"), and that P. Andrew McStay, Jr. of Davis Wright Tremaine LLP is hereby substituting as counsel for Defendant Foodwit.  Matthew Warren and Erika Warren of

Page 1 – NOTICE OF SUBSTITUTION

4929-1064-9926v.1 0125230-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Warren Kash Warren LLP shall continue as *pro hac vice* counsel of record for Defendant Foodwit (*pro hac vice* applications to this Court forthcoming). All further papers, pleadings, and communications directed to Defendant Foodwit in this action should be addressed to P. Andrew McStay, Jr. in addition to counsel of record Matthew Warren and Erika Warren as follows:

> P. Andrew McStay, Jr.
> Davis Wright Tremaine LLP
> 560 SW Tenth Avenue, Suite 700
> Portland, OR  97205
> Telephone:  (503) 241-2300
> Facsimile:   (503) 778-5499
> Email: andymcstay@dwt.com
>
> Matthew S. Warren
> Erika H. Warren
> Warren Kash Warren LLP
> 2261 Market Street, No. 606
> San Francisco, CA 94114
> Telephone:  (415) 895-2940
> Facsimile:   (415) 895-2964
> Email: 25-880@cases.warrenlex.com

DATED this 28th day of May 2025.

**DAVIS WRIGHT TREMAINE LLP**

By  *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB 033997
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 778-5302
Facsimile: (503) 778-5299
Email: andymcstay@dwt.com

**WARREN KASH WARREN LLP**

By  *s/ Matthew S. Warren*
Matthew S. Warren (*pro hac vice forthcoming*)
Erika H. Warren (*pro hac vice forthcoming*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
Email: 25-880@cases.warrenlex.com

Page 2 – NOTICE OF SUBSTITUTION

4929-1064-9926v.1 0125230-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

**Withdrawing Attorneys for Defendant**:

**SHAW KELLER LLP**

By  *s/ Karen Elizabeth Keller*
  Karen Elizabeth Keller
  1105 North Market Street, 12th Floor
  Wilmington, DE 19801
  Telephone:  (302) 298-0700
  Email: kkeller@shawkeller.com

**SHAW KELLER LLP**

By  *s/ Nathan Roger Hoeschen*
  Nathan Roger Hoeschen
  1105 North Market Street, 12th Floor
  Wilmington, DE 19801
  Telephone:  (302) 298-0709
  Email: nhoeschen@shawkeller.com

Page 3 – NOTICE OF SUBSTITUTION

4929-1064-9926v.1 0125230-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax