P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice* pending)
Erika H. Warren (*pro hac vice* pending)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>      Plaintiff,<br><br>    v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>      Defendant. | Case No. 3:25-cv-00880-JR<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF FOODWIT'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

    1.  I am an attorney licensed to practice in the States of California and New York, and the Commonwealth of Massachusetts.  On May 29, 2025, I filed a motion for leave to appear *pro*

*hac vice* in this action. Docket No. 23. I am a partner at Warren Kash Warren LLP, counsel for defendant RLH Assets, LLC d/b/a Foodwit in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 3 is a true and correct copy of a letter from me on July 23, 2025.

3. Attached as Exhibit 4 is a true and correct copy of an email from Cary Sullivan on July 23, 2025.

4. Attached as Exhibit 5 is a true and correct copy of an email from me on June 27, 2025.

5. Attached as Exhibit 6 is a true and correct copy of an email from Cary Sullivan on June 27, 2025.

6. Attached as Exhibit 7 is a true and correct copy of an email from me on June 29, 2025.

7. Attached as Exhibit 8 is a true and correct copy of an email from me on July 1, 2025.

8. Attached as Exhibit 9 is a true and correct copy of an email from Cary Sullivan on July 1, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2025, at San Francisco, California.

_____
Matthew S. Warren