# EXHIBIT 5



## ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)

1 message

---

**Matt Warren** <matt@warrenkashwarren.com>                                                      Fri, Jun 27, 2025 at 4:11 PM
To: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>

ESHA Counsel:

I write to meet and confer under Loc. R. 7-1(a) regarding Foodwit's motion to dismiss the first amended complaint.  We are available for a telephone call on Monday, June 30, between 1:00 p.m. and 4:00 p.m. PDT.  If you are available during that time, we can use our dial-in, +1 (415) 854-6661, with no PIN necessary.

Please let me know if a time in that window works for you or, if it does not, when you are available on Monday to meet and confer.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928