# EXHIBIT 6



## RE: ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)
1 message

**Sullivan, Cary D.** <carysullivan@jonesday.com>                    Fri, Jun 27, 2025 at 4:52 PM
To: Matt Warren <matt@warrenkashwarren.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>

Matt,


I will be traveling back from vacation on Monday and on an airplane most of that day, so I will not be available to meet and confer.  I do have availability Tuesday afternoon (PT).  Please let me know what time works best on Tuesday afternoon.


Thanks,

Cary


Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513


---

**From:** Matt Warren <matt@warrenkashwarren.com>
**Sent:** Friday, June 27, 2025 4:11 PM
**To:** Sullivan, Cary D. <carysullivan@jonesday.com>; Brian Talcott <btalcott@dunncarney.com>
**Cc:** Andy McStay <andymcstay@dwt.com>; ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenlex.com>
**Subject:** ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)


ESHA Counsel:

I write to meet and confer under Loc. R. 7-1(a) regarding Foodwit's motion to dismiss the first amended complaint.  We are available for a telephone call on Monday, June 30, between 1:00 p.m. and 4:00 p.m. PDT.  If you are available during that time, we can use our dial-in, +1 (415) 854-6661, with no PIN necessary.


Please let me know if a time in that window works for you or, if it does not, when you are available on Monday to meet and confer.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--

Matt Warren    matt@warrenkashwarren.com    +1 (415) 895-2928

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***