# EXHIBIT 8



# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)
1 message

**Matt Warren** <matt@warrenkashwarren.com>                                     Tue, Jul 1, 2025 at 9:45 AM
To: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>
Cc: "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>

Cary and ESHA Counsel:

Please let us know if the below time works for you or, if not, when you are available to meet and confer.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren


--
Matt Warren        matt@warrenkashwarren.com      +1 (415) 895-2928

---------- Forwarded message ---------
From: **Matt Warren** <matt@warrenkashwarren.com>
Date: Sun, Jun 29, 2025 at 3:23 PM
Subject: ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)
To: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenlex.com>

Cary and ESHA Counsel:

I write to follow up on my email seeking to meet and confer under Loc. R. 7-1(a) regarding Foodwit's motion to dismiss the first amended complaint.  As you know, we suggested a telephone call on Monday, June 30, between 1:00 p.m. and 4:00 p.m. PDT.  Cary responded that he was traveling on Monday and not available, and suggested Tuesday afternoon.  We are happy to accommodate your schedule.  We suggest that we meet and confer at 3:00 p.m. PDT on Tuesday, July 1.  We can use our dial-in, +1 (415) 854-6661, with no PIN necessary.

Please let me know if that time works for you or, if it does not, when you are available to meet and confer.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren


--
Matt Warren        matt@warrenkashwarren.com      +1 (415) 895-2928