P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>                     Plaintiff,<br><br>             v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>                     Defendant. | Case No. 3:25-cv-00880-AB<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF STIPULATED PROTECTIVE ORDER** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

     1.    I am an attorney licensed to practice in the States of California and New York, and the Commonwealth of Massachusetts, and admitted *pro hac vice* in this action. I am a partner at

Warren Kash Warren LLP, counsel for defendant RLH Assets, LLC d/b/a Foodwit in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached as Exhibit 1 is a true and correct copy of a redline showing differences between the Court's "Tier 2 Protective Order_AMB Template_Final" found at https://www.ord.uscourts.gov/index.php/court-info/our-judges/judge-baggio and the parties' stipulated protective order, filed immediately prior to this declaration.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2025, at San Francisco, California.

                                                                       _____
                                                                       Matthew S. Warren