P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>             Defendant. | Case No. 3:25-cv-00880-AB<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant RLH Assets, LLC certifies that the foregoing documents:

1. **FOODWIT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; and**

2. **DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF FOODWIT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND EXHIBITS 1 TO 150 THERETO**,

are true and accurate to the best of his information and belief, and that copies of the foregoing documents have been served today by electronic mail at the following addresses:

> Cary D. Sullivan
> Jones Day
> 3161 Michelson Drive, Suite 800
> Irvine, California, 92612
> carysullivan@jonesday.com

> Brian R. Talcott
> Dunn Carney LLP
> 851 SW Sixth Avenue, Suite 1500
> Portland, Oregon, 97204
> btalcott@dunncarney.com

Date: November 5, 2025

Respectfully submitted,

*s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 778-5302
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com
*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

Page 1 – CERTIFICATE OF SERVICE