P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>      Defendant. | Case No. 3:25-cv-00880-AB<br><br>**REQUEST TO UNSEAL DOCUMENTS** |

TO THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that defendant RLH Assets, LLC ("Foodwit") today filed under seal Foodwit's Motion to Dismiss ESHA's Second Amended Complaint (Docket No. 47), the

Page 1 – REQUEST TO UNSEAL DOCUMENTS

Declaration of Matthew S. Warren in Support of Foodwit's Motion to Dismiss ESHA Second Amended Complaint (Docket No. 48), and the exhibits to the declaration (Docket Nos. 48-1 through 48-15).  These documents may contain information ESHA designated as "Attorneys' Eyes Only" under the protective order governing confidentiality in this action, which therefore requires Foodwit to file them under seal.  *See* Docket No. 44 ¶ 4.  Foodwit makes no claim of confidentiality over these documents and believes they contain only public information.

      PLEASE TAKE FURTHER NOTICE that Foodwit requests unsealing of the documents it filed today under seal, including Foodwit's Motion to Dismiss ESHA's Second Amended Complaint (Docket No. 47), the Declaration of Matthew S. Warren in Support of Foodwit's Motion to Dismiss ESHA Second Amended Complaint (Docket No. 48), and the exhibits to the declaration (Docket Nos. 48-1 through 48-15).  *See* Docket No. 44 ¶ 4; *see generally id.*

Date:  November 5, 2025                      Respectfully submitted,

                                                 *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 778-5302
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*