P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>      Defendant. | Case No. 3:25-cv-00880-AB<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF FOODWIT'S OPPOSITION TO PLAINTIFF TRUSTWELL'S MOTION TO ENLARGE TIME TO OPPOSE DEFENDANT FOODWIT'S MOTION TO DISMISS AND TO RESPOND TO FOODWIT'S REQUEST TO UNSEAL** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the States of California and New York, and the Commonwealth of Massachusetts, and admitted *pro hac vice* in this action. I am a partner at Warren Kash Warren LLP, counsel for defendant RLH Assets, LLC d/b/a Foodwit in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an email from Cary Sullivan on November 10, 2025.

3. Attached as Exhibit 2 is a true and correct copy of an email from Cary Sullivan on November 10, 2025.

4. Attached as Exhibit 3 is a true and correct copy of an email from me on November 10, 2025.

5. Attached as Exhibit 4 is a true and correct copy of an email from Cary Sullivan on November 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2025, at San Francisco, California.

_____
Matthew S. Warren