# EXHIBIT 1



## RE: RLH Assets, LLC v. ESHA Research, LLC, No. 25-880 (D. Oregon)
1 message

---

**Sullivan, Cary D.** <carysullivan@jonesday.com>  Mon, Nov 10, 2025 at 10:21 AM
To: "McStay, Andy" <AndyMcstay@dwt.com>, "Dutkiewicz, Lauren E." <ldutkiewicz@jonesday.com>, "denora@warrenkashwarren.com" <denora@warrenkashwarren.com>
Cc: "Brian R. Talcott" <btalcott@dunncarney.com>, "25-880@cases.warrenlex.com" <25-880@cases.warrenlex.com>

Counsel,

We intend to ask the court for a three-week extension for our opposition to the motion to dismiss—in light of the volume of materials, travel in other matters, and the Thanksgiving holiday—and that our response to the request to unseal be due the same day.

Please let us know whether Foodwit objects to this request.

Thanks,

Cary


Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
**3161 Michelson Drive, Suite 800**
Irvine, CA 92612
Office +1.949.553.7513


**From:** McStay, Andy <AndyMcstay@dwt.com>
**Sent:** Wednesday, November 5, 2025 8:42 PM
**To:** Dutkiewicz, Lauren E. <ldutkiewicz@jonesday.com>; denora@warrenkashwarren.com
**Cc:** Sullivan, Cary D. <carysullivan@jonesday.com>; Brian R. Talcott <btalcott@dunncarney.com>; 25-880@cases.warrenlex.com; McStay, Andy <AndyMcstay@dwt.com>
**Subject:** RE: RLH Assets, LLC v. ESHA Research, LLC, No. 25-880 (D. Oregon)

Hi Lauren,

Attached please find the motion and supporting declaration.  The exhibits are a bit bulky so I will send them separately.

Best,

Andy


**P. Andrew McStay, Jr.**
**Partner,** Davis Wright Tremaine LLP

---

**P** 503.778.5302  **C** 503.459.3352  **E** andymcstay@dwt.com
**A** 560 SW 10th Avenue, Suite 700, Portland, OR 97205


**DWT.COM**

---

**From:** Dutkiewicz, Lauren E. <ldutkiewicz@jonesday.com>
**Sent:** Wednesday, November 5, 2025 8:15 PM
**To:** denora@warrenkashwarren.com
**Cc:** Sullivan, Cary D. <carysullivan@jonesday.com>; Brian R. Talcott <btalcott@dunncarney.com>; McStay, Andy <AndyMcstay@dwt.com>; 25-880@cases.warrenlex.com
**Subject:** RE: RLH Assets, LLC v. ESHA Research, LLC, No. 25-880 (D. Oregon)


**[EXTERNAL]**

Denora,

We have not been able to access the served documents using the link provided, which means service on Plaintiff has not been effectuated.  Please re-serve immediately.


Thanks,

Lauren


Lauren E. Dutkiewicz
Associate

**JONES DAY® - One Firm Worldwide®**
3161 Michelson Drive, Suite 800

Irvine CA 92612
Office +1.949.553.7585

---

**From:** Denora Guevara <denora@warrenkashwarren.com>
**Sent:** Wednesday, November 5, 2025 6:42:09 PM
**To:** Sullivan, Cary D. <carysullivan@jonesday.com>; Brian Talcott <btalcott@dunncarney.com>
**Cc:** Andy McStay <andymcstay@dwt.com>; ESHA Research, LLC v. RLH Assets, LLC <25-

880@cases.warrenlex.com>
**Subject:** RLH Assets, LLC v. ESHA Research, LLC, No. 25-880 (D. Oregon)

---

Counsel—I write to serve the following documents:

1. Foodwit's Motion to Dismiss Second Amended Complaint; and
2. Declaration of Matthew S. Warren in Support of Foodwit's Motion to Dismiss Second Amended Complaint and Exhibits 1-150

Please access these documents through FTP at warrenlex.com.  Please use an FTP client, not a web client or HTTP client.

FTP Host:    warrenlex.com
Username:   2025-11-05@warrenlex.com
Password:   rL-aX*YQqe#v


This filing contains information designated "ATTORNEYS' EYES ONLY" under the protective order governing confidentiality in this matter.  For security and confidentiality, we have encrypted the service copy using VeraCrypt, free encryption software that you can download from https://www.veracrypt.fr/.  We will transmit the VeraCrypt password in a separate email.


Please let me know if you do not find these documents in good order.


Sincerely,
Denora Guevara


--
Denora Guevara    denora@warrenkashwarren.com    +1 (415) 895-2930

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***