# EXHIBIT 5



## ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)
1 message

**Matt Warren** <matt@warrenkashwarren.com>                                Mon, Nov 10, 2025 at 3:27 PM
To: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>

Cary:

I write in response to your email of earlier today seeking an extension of time to respond to Foodwit's pending motion to dismiss, and an extension of time to file your motion to seal materials related to that motion. (Your email referred to a "response to the request to unseal," but the protective order confirms that ESHA must file a motion.) You requested that both those deadlines fall on Wednesday, December 10. You then followed up with an email demanding an immediate response. Rest assured that we proceeded as quickly as possible with contacting our client and providing you with this response to your request.

We disagree that the "volume of materials" supporting Foodwit's motion should impact ESHA's ability to respond to a simple point: its asserted trade secrets merely duplicate, in lesser levels of detail, ESHA's public documentation. And Foodwit would prefer to move toward resolution of its pending motion sooner rather than later. Nevertheless, as a courtesy to ESHA, Foodwit is amenable to a reasonable extension of time but cannot agree to ESHA's proposal, which would impose a holiday burden on Foodwit. Finally, our client has not seen anything that we filed on November 5 except for the request to unseal and the certificate of service, and would like to review the complete set of materials as soon as possible, so any agreement between us should honor that request.

We thus propose the parties agree to extend until Wednesday, December 3 ESHA's deadlines to file its opposition to the motion to dismiss and any motion to seal Foodwit's November 5 filings, and to extend until Wednesday, December 24 Foodwit's deadlines to file its reply in support of its motion to dismiss and any opposition to ESHA's motion to seal the November 5 papers. I'm sure you can appreciate that December 24 is a terrible date for us, but we can make it work as a courtesy to you, and to minimize the burden on the Court by reaching an agreement on the schedule. As part of this deal, ESHA would agree that our November 5 filings are Confidential under the protective order governing confidentiality in this action, thus allowing us to share them with our client.

We believe this proposal balances your request for more time against Foodwit's desire to move the case along, and does not force undue holiday work. We hope that you agree, and that we can present this agreement as a stipulation to the Court. Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren      matt@warrenkashwarren.com      +1 (415) 895-2928