P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon liability company,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-00880-AB<br><br>**FOODWIT'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT AND TO RESPOND TO ESHA'S MOTION TO SEAL** |

**LOCAL RULE 7-1(A) CERTIFICATION**

Before filing this motion, counsel for Foodwit conferred with counsel for ESHA, and confirmed that ESHA does not oppose this motion.

**INTRODUCTION**

Yesterday ESHA filed its opposition to Foodwit's pending motion to dismiss and its motion to seal portions of Foodwit's motion papers. Foodwit's reply in support of its motion to dismiss, and to respond to ESHA's motion to seal, are both due on December 24, 2025. Foodwit requests an extension of these deadlines to January 14, 2026. ESHA does not oppose.

**BACKGROUND**

On October 22, ESHA filed its second amended complaint. Docket No. 46. On November 5, Foodwit moved to dismiss the complaint. Docket Nos. 47-49. ESHA sought and obtained a three-week extension of time to respond to the motion, and to move to seal portions of Foodwit's motion papers, until December 10. Docket No. 55. ESHA filed these papers yesterday. Docket Nos. 56, 57. Under LR 7-1(e)(2), Foodwit's deadline to file its reply in support of its motion to dismiss is December 24. Under LR 7-1(e)(1), Foodwit's deadline to respond to ESHA's motion to seal is also December 24.

**ARGUMENT**

"Federal Rule of Civil Procedure 6(b)(1) provides that '[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time.'" *Singh v. Trump*, No. 18-1912, 2019 WL 2192127, at *2 (D. Or. May 21, 2019) (alteration in original) (quoting Fed. R. Civ. P. 6(b)(1)). Good cause exists here. Foodwit's deadlines to file its reply brief in support of its motion to dismiss and its response to ESHA's motion to seal both fall on Christmas Eve. A three-week extension, equal to ESHA's previous extension, will provide Foodwit with

Page 1 – FOODWIT'S UNOPPOSED MOTION TO EXTEND TIME

adequate time to prepare its papers and will ensure that no party is burdened by briefing over the holidays. *See, e.g.*, *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-60 (9th Cir. 2010). There is no allegation of bad faith or prejudice; to the contrary, ESHA noted previously that it "will not oppose an extension of any length" and does not do so here. Docket No. 51 at 2 n.1.

## **CONCLUSION**

For all of the foregoing reasons, Foodwit respectfully requests that the Court grant this unopposed motion and extend Foodwit's deadlines to reply in support of its motion to dismiss and to respond to ESHA's motion to seal to January 14, 2026.

Date:  December 11, 2025

Respectfully submitted,

*s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 778-5302
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*