P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company, <br><br>       Plaintiff, <br><br>    v. <br><br> RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company, <br><br>       Defendant. | Case No. 3:25-cv-00880-AB <br><br> **DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF REPLY IN SUPPORT OF FOODWIT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

    1.   I am an attorney licensed to practice in the States of California and New York, and

the Commonwealth of Massachusetts, and admitted *pro hac vice* in this action. I am a partner at

Warren Kash Warren LLP, counsel for defendant RLH Assets, LLC d/b/a Foodwit in this action.

I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached as Exhibit 151 is a true and correct copy of an email from Cary Sullivan on September 4, 2025.

    3.    Attached as Exhibit 152 is a true and correct copy of an email from Cary Sullivan on September 5, 2025.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 14, 2026, at San Francisco, California.

_____

Matthew S. Warren