# **EXHIBIT 151**



## Trustwell v Foodwit - request for extension
1 message

**Sullivan, Cary D.** <carysullivan@jonesday.com>                                    Thu, Sep 4, 2025 at 10:31 AM
To: "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>, Andy McStay <andymcstay@dwt.com>
Cc: "btalcott@dunncarney.com" <btalcott@dunncarney.com>

Counsel,

I have been traveling and my trip was just extended.  I'd like to request a one-week extension on Trustwell's response to Foodwit's first interrogatory.

Please confirm this is acceptable.

Thanks,

Cary


Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
**3161 Michelson Drive, Suite 800**
Irvine, CA 92612
Office +1.949.553.7513


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***