P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-00880-AB<br><br>**DECLARATION OF REBECCA HOLMES** |

I, Rebecca Holmes, declare under 28 U.S.C. § 1746:

　　　　1.　　　　I am the Founder and CEO of RLH Assets, LLC, doing business as Foodwit ("Foodwit"). I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently thereto.

Page 1 – DECLARATION OF REBECCA HOLMES

2. I have a Bachelor of Science degree in food science and nutrition, a Master of Science degree in toxicology and pharmacology, and I am a registered dietitian. I have worked for 20 years in the food industry. I have worked extensively in regulatory compliance, including nutrition labeling, formulation review, regulatory reporting, and the use of commercial nutrition analysis software in regulated food and dietary supplement environments.

3. In this action, plaintiff ESHA Research, LLC ("ESHA") has provided my attorneys with a document outlining its asserted trade secrets. I have not been able to review this document, but I have reviewed ESHA's opposition to Foodwit's second motion to dismiss, and the declaration of Todd Dolinsky, both of which refer to ESHA's claimed trade secrets, which ESHA calls the "Trade Secret Identification."

4. In paragraph 11 of his declaration, Mr. Dolinsky states that "the descriptions in the public user manuals do not disclose the specific, underlying processes and methodologies that constitute the actual trade secret information relating to each of the respective features and functionalities." And in paragraph 9 of his declaration, Mr. Dolinsky states that "that additional information regarding the specific, underlying processes and methodologies will be exchanged later in the course of this lawsuit." From these two statements, I understand that ESHA claims its asserted trade secrets lie in the "underlying processes and methodologies" that ESHA will reveal "later in the course of this lawsuit."

5. For the entire time that Foodwit was a Genesis Foods customer, Genesis Foods was "software as a service." Foodwit could not download a copy of the Genesis Foods software; I and other Foodwit personnel who accessed Genesis Foods did so through the standard customer-facing application login interface via ESHA's remote desktop service. Foodwit could access only the user interface provided by ESHA and outputs from that user interface. We could

Page 2 – DECLARATION OF REBECCA HOLMES

not access and I have not accessed any "specific, underlying processes and methodologies" that ESHA used to create that user interface.

6. As a result, I am unable to understand how ESHA can contend that Foodwit did anything wrongful, or anything at all, with any "specific, underlying processes and methodologies" below the user interface. We had no access to these "specific, underlying processes and methodologies," by ESHA's design.

7. Mr. Dolinsky provides a few examples of what he asserts are trade secrets. These examples do not make sense to me, as I will explain.

8. In paragraph 14 of his declaration, Mr. Dolinsky states that: "Paragraph 12 of the Trade Secret Identification discusses certain mathematical formulas that Genesis Foods automatically and dynamically calculates for various nutrients, and lists 21 examples of particular nutrients (in subparagraphs 12(a) through 12(u)) for which Genesis Foods 'include[s] formulas.'" Mr. Dolinsky then states that, "And none of the exhibits disclose or contain the contents of the other 11 listed nutrients, let alone any of their underlying formulas or calculation processes. Those underlying processes that Trustwell utilizes for the various nutrients represent the actual trade secret information associated with the 21 nutrients listed in subparagraphs 12(a) through 12(u), as stated in the Trade Secret Identification."

9. Mr. Dolinsky's assertion doesn't make sense. Customers use Genesis Foods to calculate nutritional values as required by regulatory bodies. Because nutrient calculation methods are controlled by regulatory bodies, compliance software such as Genesis Foods must generate answers that conform to regulatory requirements. These regulatory requirements are public; one example is 21 C.F.R. § 101.9. In my experience, compliance professionals expect that different tools will produce consistent results when given the same inputs, because they are

Page 3 – DECLARATION OF REBECCA HOLMES

all applying the same public regulatory standards.  As a result, if a company such as ESHA were to develop a particular set of "underlying formulas or calculation processes," they would not have any value from being secret and there would be no reason for anyone else to copy them, as it would be easier to use the publicly available regulatory requirements to generate the formulas or calculation processes a product requires.

        10. In paragraph 15 of his declaration, Mr. Dolinsky states that:  "The EXL filetype is a proprietary file format created by Trustwell as a new and efficient means to export ingredient and recipe data from Genesis Foods, particularly at scale.  Once again, disclosing its existence does not reveal the underlying detail.  The details of the filetype are a trade secret and remain confidential."

        11. Again, Mr. Dolinsky's assertion doesn't make sense.  Users of Genesis Foods can share outputs from Genesis Foods using the EXL filetype.  Other users of Genesis Foods can import the information.  ESHA describes this process in publicly available documentation, including at https://help.esha.com/hc/en-us/articles/202431246-How-to-Export-Import-your-records-for-sharing-with-another-user-computer.  A true copy of a PDF of this document is attached as Exhibit 1.  But the "details of the filetype" are irrelevant to the user; all that matters is that one user can create a file, and another user can import it.  And if a user of Genesis Foods does not want to use EXL files, she does not have to do so.  Instead she can export information to various formats, including text files that can be copied into Excel files that anyone can read using any software.  ESHA describes this process in publicly available documentation, including at https://blog.trustwell.com/how-to-export-nutrition-reports-into-excel.  A true copy of a PDF of this document is attached as Exhibit 2.

Page 4 – DECLARATION OF REBECCA HOLMES

12.     In paragraph 16 of his declaration, Mr. Dolinsky states that "ESHA Codes are proprietary codes created by Trustwell to assist with identifying and searching certain items or components within Genesis Foods.  Once again, disclosing the existence of ESHA Codes does not reveal the actual codes or their utility.  The codes are a trade secret and remain confidential."

13.     Mr. Dolinsky is wrong.  When I read his declaration, I recalled accessing the ESHA Codes on the internet; to test whether I recalled this correctly, I input "esha codes site:trustwell.com" into Google search.  The first result of this search was a PDF document containing the ESHA codes, at the URL https://www.trustwell.com/wp-content/uploads/2025/01/Genesis-Foods-List-Abrv.pdf.  I downloaded a copy of this document and attached it as Exhibit 3 to this declaration.

14.     Whether or not they are public, the ESHA codes don't have any particular value.  Here are some of the ESHA codes for various kinds of chicken copied from Exhibit 3:

```
16899   Chicken, breast, season, skinless, rotisserie (USDA SR-25) (USDA)
15054   Chicken, breast, skinless, raw (USDA SR-25) (USDA)
15004   Chicken, breast, skinless, rstd (USDA SR-25) (USDA)
15039   Chicken, breast, skinless, stewed (USDA SR-25) (USDA)
```

Each code is unique, so in Genesis Foods "15004" will always correspond to "Chicken, breast, skinless, rstd (USDA SR-25) (USDA)."  While it can be useful to have a unique identifier corresponding to the record "Chicken, breast, skinless, rstd (USDA SR-25) (USDA)," the number that constitutes the identifier has no particular value.  There is an infinite supply of numbers, so it is easy to make new unique identifiers to cross reference any record.  And one does not have to use numbers:  one could replace the ESHA Codes with letters, or emoji, or anything else, as long as each one is uniquely matched to a specific record.  As a result, the ESHA codes themselves have no particular value, let alone a secret one.

15. In paragraph 17 of his declaration, Mr. Dolinsky states that "disclosing the existence of ESHAPort and describing its functionality does not reveal the underlying processes that enable the functionality. Those underlying processes are the actual trade secret information represented by ESHAPort, and they remain confidential."

16. Again, Mr. Dolinsky's assertion doesn't make sense. The purpose of ESHAPort is to export data that users can use in other programs. As a result, ESHAPort provides information in a delimited format that users can control. ESHA describes this process in publicly available documentation, including at https://esharesearch.atlassian.net/wiki/spaces/EP/pages/84058084/Format+Options+-+Export. On that page, ESHA explains some of the options for ESHAPort:

*Field Separator*
The field separator is placed between each of the imported or exported data fields. It is initially set as a comma (,).
**To change the Field Separator**
- choose the desired character from the pull-down list.

*Text Delimiter*
The text delimiter is used to designate a text (string) field. It is initially set as a pipe (vertical line symbol "|").
For example, if you exported a recipe using the default settings, it would look something like the following:
    |Granola|,|Raisins|,1.5,3,4
    |Granola|,|Almonds|,4,2,6
    |Granola|,|Coconut|,4,6,2
Here the recipe name |Granola| appears on each line, followed by the ingredient name, followed by three numeric fields (quantity, measure code, and one other numeric data element).
**To change the Text Delimiter**
- choose the desired character from the pull-down list.

17. As the documentation explains, ESHAPort allows a user to export data in a user-specified format. Because the user specifies the format, the "underlying processes that enable the functionality" are neither available to the user, nor relevant to the user, and thus have no particular value.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2026, in Hermosa Beach, California.

_____
Rebecca Holmes