# EXHIBIT 1

My activities    Submit a request    Sign in    Main Trustwell Site



Search

Trustwell > Frequently Asked Questions > Frequently Asked Questions about Genesis and Food Processor

# How To Export/Import Your Records For Sharing With Another User/Computer

Follow

To share a *single* Recipe, Ingredient, Person, etc. — so it can be opened in Genesis R&D Foods or Food Processor on another computer — you will export the Record from one installation and import it in another.

Once imported, the record exists as any other record you created. For example, if you have shared a Recipe and it has been imported, you can open the Recipe by clicking the Recipe/Formula button, or going to File>Open>Recipe.

To export *all of your data at once*, or by Group, follow the steps in the **Export All Data** article.

***Note: These instructions are for Genesis R&D Foods and Food Processor V11.x and newer***

## Export the Record

1. With the record (e.g. Recipe) open, on the Ribbon click the Recipe tab.
2. Click the Export button, then select Recipe.



3. Under Save As, navigate to your save location.
4. Name the file. This filename should have an extension of  *.exl.
5. Click Save. The *.exl file is now portable — it can be sent to or opened by additional computers that have Genesis R&D or Food Processor installed.

## Import the Record

1. Open your ESHA application (Genesis R&D Foods or Food Processor)
2. Click Database>Import.
3. Navigate to the .exl file that was exported.

### RELATED ARTICLES

Exporting All or Some of Your User-Added Data

Can I put my recipes (ingredients) into Folders (Groups)?

Save files to the Cloud P or S drive for portability

Newest version and Patch Notes

Possible client connection error causes



> **If you are in the Cloud:**
>
> **To easily locate the files when you are importing or exporting the EXL files, create a folder on the C drive and copy the files to that folder.** **This KB article may be of further help.**

4. If there are multiple EXL files, highlight the first. Depending on the version of the ESHA software, you may be able to select multiple EXL files to import. If you are only able to select one, repeat as needed for each EXL file.

5. Click Open.

6. Select the appropriate options and click OK.

Was this article helpful?   1 out of 1 found this helpful

Have more questions? Submit a request

## Comments

Trustwell | 9450 SW Gemini Dr. #9915, Beaverton, OR 97008 | P: (800) 659-ESHA (3742) | Support: ext 4

Clicking links may navigate you away from the Trustwell site.