# EXHIBIT 2



February 5, 2019

# How to Export Nutrition Reports into Excel

The Genesis R&D Foods and Food Processor programs let you export reports as tab-delimited text files that you can either save as a .txt file or paste into other documents (such as an Excel spreadsheet). This is useful for sharing your nutrition analysis data in a simple, easily-accessed format.

This blog will quickly cover both options.

## To export as text to a file

01. Open your Report. This example uses the Multi-Column report.
02. Select Export As Text > To File from the Report ribbon.





03. Navigate to your destination.

04. Click OK.

05. This is what your text file will look like without any formatting:

06. You can also open .txt files in Excel and format columns and tabs there:

    a. Launch Excel (or your spreadsheet program).
    b. Go to File > Open and choose your saved .txt file.
    c. Follow the Import wizard to open the report in your spreadsheet.

## To export as text to clipboard

01. Open your Report

02. Select Export As Text > To Clipboard

03. Open Excel or another spreadsheet or word processing document.

04. Go to Edit > Paste. It will look something like this:



## Watch the tutorial

Tag(s): Trustwell Software

# Other posts you might be interested in



View All Posts



**Product Formulation**

🕒 5 MIN READ | AUGUST 21, 2019

## How-to: Exporting a Recipe as an Ingredient

Read More →

**Trustwell Software**

🕒 8 MIN READ | NOVEMBER 30, 2017

## Document Attachment Use Cases in Genesis R&D Foods

Read More →

**Food Labeling**

🕒 3 MIN READ | APRIL 25, 2016

## Do I Need a Nutrition Facts Label on My Product?

Read More →



## Subscribe to blog updates

EMAIL ADDRESS*

Submit



**PLATFORM »**

*Make Compliant Labels »*

*Formulate Products »*

*Comply with Regulations »*

*Track My Products »*

*Expedite Recalls »*

*Manage Quality »*

*Monitor Supply Chains »*

**PRODUCTS »**

*FoodLogiQ »*

*Compliance »*

**Trustwell**

Quality Management »

Traceability »

Recall »

Genesis »

Food Formulation & Labeling »

Supplement Formulation & Labeling »

CONSULTING »

Food Nutrition Label Consulting »

Supplement Label Consulting »

Menu Label Consulting »

FSMA 204 Consulting »

ABOUT TRUSTWELL »

Careers »

Partners »

Customer Stories »

News & Press »

Team »

RESOURCES »

Blog »

Podcast »

CONTACT »

Training »

Support »

 

© 2026 Trustwell   Sitemap   Accessibility Statement   Privacy Policy