P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenlex.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>                    Defendant. | Case No. 3:25-cv-00880-AB<br><br>**CERTIFICATE OF SERVICE** |

I, Madeline A. Woodall, declare under 28 U.S.C. § 1746:

On January 14, 2026, I served true and correct copies of the following documents on counsel for Plaintiff ESHA Research, LLC:

Foodwit's Reply in Support of Motion to Dismiss Second Amended Complaint; and

Foodwit's Opposition to ESHA's "Response To Defendant Foodwit's Request to Unseal Documents"

under the parties' electronic service agreement at the following addresses:

| | |
|---|---|
| Cary D. Sullivan | Brian R. Talcott |
| Jones Day | Dunn Carney LLP |
| 3161 Michelson Drive, Suite 800 | 851 SW Sixth Avenue, Suite 1500 |
| Irvine, California, 92612 | Portland, Oregon, 97204 |
| carysullivan@jonesday.com | btalcott@dunncarney.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2026, in San Francisco, California.

*Madeline A. Woodall*
Madeline A. Woodall

Page 1 – CERTIFICATE OF SERVICE