# Exhibit B

**RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.**

From: Henry Kantor <judgekantor@gmail.com>
Date: Monday, September 28, 2026 at 1:58:16 PM UTC-7
Subject: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.
To: Sullivan, Cary D. <carysullivan@jonesday.com>
Cc: Brian R. Talcott <btalcott@dunncarney.com>, ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenlex.com>, andymcstay@dwt.com <andymcstay@dwt.com>, RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>, Dutkiewicz, Lauren E. <ldutkiewicz@jonesday.com>

Dear All:

First, I want to make sure that all counsel for both cases are copied on this email. Is anyone missing? Please advise.

As to an orientation/scheduling conference, I currently have the following available in the near future (Pacific time):

Oct. 1: 9 am - 12 noon
Oct. 5: 12 noon - 1 pm
Oct. 6: 4-5 pm
Oct. 7: 9-11 am and 2-4 pm
Oct. 13: 10-11 am

Please let me know what could work.

Sincerely, Judge Kantor

*Henry Kantor*
*Senior Judge/Mediator/Arbitrator*
*judgekantor@gmail.com*
*503-475-3851*

On Mon, Sep 28, 2026 at 11:39 AM Sullivan, Cary D. <carysullivan@jonesday.com> wrote:

> Hello Judge Kantor,
>
> Thank you for your response.
>
> I think it would be helpful to schedule a telephonic conference to discuss logistics, scheduling, etc. Would you be able to propose some windows, and the parties can then confer on availability?
>
> Thanks,

Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513

---

**From:** Henry Kantor <judgekantor@gmail.com>
**Sent:** Monday, September 28, 2026 10:56 AM
**To:** Brian R. Talcott <btalcott@dunncarney.com>
**Cc:** ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenlex.com>; andymcstay@dwt.com; RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>; Sullivan, Cary D. <carysullivan@jonesday.com>; Dutkiewicz, Lauren E. <ldutkiewicz@jonesday.com>
**Subject:** Re: Special Master inquiry

Dear Brian and others:

Thank you for your email. I will be a little terse in responding because I take care of one of my grandsons every Monday and I have only a moment.

Judge Baggio has given me a little bit of information already. I have told her and now confirm to you that I have no conflict.

I would be pleased to help you and your clients resolve those disputes which are not likely to match Judge Baggio's availability.

As you know, the parties are required to pay the special master fees. I currently charge $800 per hour for mediations and arbitrations and would charge the same rate in this matter. I assume that the parties would share the fees evenly unless otherwise agreed or order by the court.

Would be helpful to schedule a telephone or virtual conference to go over any questions or concerns, including any likely scheduling matters which need to be addressed sooner than later?

Sincerely, Judge Kantor

Senior Judge Henry Kantor
judgekantor@gmail.com
Cell: 503-475-3851

On Mon, Sep 28, 2026 at 9:11 AM Brian R. Talcott <BTalcott@dunncarney.com> wrote:

Dear Judge Kantor,

I am local counsel for ESHA Research, LLC in two consolidated matters before Judge Baggio in the District of Oregon: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB, and ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB. Judge Baggio has advised the parties that she is inclined to appoint a special master to oversee discovery in these matters, and has proposed you as a potential candidate.

I write on behalf of the parties to inquire about your interest, availability and rates for serving in this role.

To facilitate your conflicts check, I attach PDF printouts from the PACER docketing system showing all counsel of record in both actions.

Please let us know if you need any additional information. Thank you.

Brian R. Talcott

btalcott@dunncarney.com

Direct 503.417.5474 | Fax 503.224.7324 | DunnCarney.com

Dunn Carney Allen Higgins & Tongue LLP

Suite 1500, 851 SW Sixth Avenue | Portland, OR 97204

Member of Meritas Law Firms Worldwide Meritas.org

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***