# Exhibit D

## RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.

From: Henry Kantor <judgekantor@gmail.com>
Date: Monday, September 28, 2026 at 6:34:27 PM UTC-7
Subject: Re: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.
To: Matt Warren <matt@warrenllp.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>, ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenllp.com>

Dear Counsel:

Mr. Warren, thank you for your email.

We shall talk on October 13 at 10 am. I'm fine using Mr. Warren's call-in number.

My only question for today is whether you all are comfortable with Judge Baggio appointing me (at my hourly rate) before you have had the chance to talk with me. If so, I need to prepare and get to her a declaration which will support her order (which I have done before in other cases). Unless I hear to the contrary by 12 noon Pacific tomorrow, I will start working on the declaration and get it to her by Thursday.

Sincerely, Judge Kantor

*Henry Kantor*
*Senior Judge/Mediator/Arbitrator*
*judgekantor@gmail.com*
*503-475-3851*

On Mon, Sep 28, 2026 at 6:25 PM Matt Warren <matt@warrenllp.com> wrote:

> Judge Kantor:
>
> It's nice to meet Your Honor. The parties entered into agreements for electronic service in the pending cases; the addressees to this email are the addresses the each party designated for electronic service.
>
> Of the five time windows that Your Honor proposed, ESHA could not do two of them, and Foodwit could not do two of them. The window that worked for all counsel was Tuesday, October 13, from 10:00 a.m. to 11:00 a.m. PDT. If Your Honor prefers a telephone conference, we can use our dial-in, +1 (415) 854-6661, with no PIN necessary.
>
> The Court has ordered the parties to prepare a proposed order designating Your Honor as special master, and to submit that order by this coming Friday, October 2. The Court indicated that she is likely to enter that order sometime next week.
>
> Thank you for your time and consideration.
>
> Respectfully Submitted,
> Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928