# Exhibit E

# RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.

From: Matt Warren <matt@warrenllp.com>
Date: Monday, September 28, 2026 at 6:53:06 PM UTC-7
Subject: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>, ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenllp.com>

Judge Kantor:

Foodwit has already told Judge Baggio that we are comfortable proceeding before Your Honor as special master for discovery matters, so I'm happy to repeat that here. Have a lovely evening.

Respectfully Submitted,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928