# Exhibit F

## RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.

From: Henry Kantor <judgekantor@gmail.com>
Date: Monday, October 5, 2026 at 2:27:48 PM UTC-7
Subject: Re: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.
To: Sullivan, Cary D. <carysullivan@jonesday.com>
Cc: Matt Warren <matt@warrenllp.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>, ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenllp.com>, Dutkiewicz, Lauren E. <ldutkiewicz@jonesday.com>

Dear Mr. Sullivan:

Thank you for your email.

I do not yet have access to ECF. Judge Baggio was working with her staff to arrange that, but I'm not sure how long it will take. So I would appreciate you sending me both the documents you mentioned and the order appointing me, because I have seen neither.

It was my understanding that our October 13 meeting was intended to be more introductory and planning than substantive. I will be out of town over October 8-12 with limited access to email. So I won't be ready for you by the 13th. But I will be prepared to move quickly on the identified issues, including expediting any additional briefing.

I believe Judge Baggio intends any hearings I hold to be on the record. She has left it up to me to determine whether the hearings should be in person or virtual. Given that many of you are from outside Oregon, I am assuming that virtual will be the preference more often than not.

Sincerely, Judge Kantor

Senior Judge Henry Kantor
judgekantor@gmail.com
Cell: 503-475-3851

On Mon, Oct 5, 2026 at 2:17 PM Sullivan, Cary D. <carysullivan@jonesday.com> wrote:

> Hello Judge Kantor,
>
> We represent Plaintiff ESHA Research, now known as Trustwell, in this action. Defense counsel are copied above.
>
> We were pleased to see Judge Baggio's order this afternoon appointing Your Honor as Special Master in this case.

To date, the parties have submitted four discovery disputes to the court. The parties' respective position summaries regarding those four disputes are attached as exhibits to Mr. Warren's declaration in support of Foodwit's brief re special master fee allocation (Dkt. 100, Exs. 1-6), filed last Tuesday. We would be happy to forward those summaries to Your Honor if you do not yet have ECF access in this case.

For purposes of the October 13 conference, should the parties be prepared to argue those disputes?

Thank you,

Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513

---

**From:** Henry Kantor <judgekantor@gmail.com>
**Sent:** Monday, September 28, 2026 6:34 PM
**To:** Matt Warren <matt@warrenllp.com>
**Cc:** Sullivan, Cary D. <carysullivan@jonesday.com>; Brian Talcott <btalcott@dunncarney.com>; Andy McStay <andymcstay@dwt.com>; RLH Assets, LLC v. ESHA Research, LLC <25-656@cases.warrenllp.com>; ESHA Research, LLC v. RLH Assets, LLC <25-880@cases.warrenllp.com>
**Subject:** Re: RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB.

Dear Counsel:

Mr. Warren, thank you for your email.

We shall talk on October 13 at 10 am. I'm fine using Mr. Warren's call-in number.

My only question for today is whether you all are comfortable with Judge Baggio appointing me (at my hourly rate) before you have had the chance to talk with me. If so, I need to prepare and get to her a declaration which will support her order (which I have done before in other cases). Unless I hear to the contrary by 12 noon Pacific tomorrow, I will start working on the declaration and get it to her by Thursday.

Sincerely, Judge Kantor

*Henry Kantor*

*Senior Judge/Mediator/Arbitrator*

*judgekantor@gmail.com*

*503-475-3851*

On Mon, Sep 28, 2026 at 6:25 PM Matt Warren <matt@warrenllp.com> wrote:

> Judge Kantor:
>
> It's nice to meet Your Honor.  The parties entered into agreements for electronic service in the pending cases; the addressees to this email are the addresses the each party designated for electronic service.
>
> Of the five time windows that Your Honor proposed, ESHA could not do two of them, and Foodwit could not do two of them.  The window that worked for all counsel was Tuesday, October 13, from 10:00 a.m. to 11:00 a.m. PDT.  If Your Honor prefers a telephone conference, we can use our dial-in, +1 (415) 854-6661, with no PIN necessary.
>
> The Court has ordered the parties to prepare a proposed order designating Your Honor as special master, and to submit that order by this coming Friday, October 2.  The Court indicated that she is likely to enter that order sometime next week.
>
> Thank you for your time and consideration.
>
> Respectfully Submitted,
>
> Matt Warren
>
> --
> Matt Warren     matt@warrenllp.com     +1 (415) 895-2928

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***