# Exhibit H

# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon); RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)

**Matt Warren** <matt@warrenllp.com> Fri, Oct 16, 2026 at 3:05 PM
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>

Judge Kantor:

On our recent telephone conference, we offered to compile a Google Drive archive of all docketed materials in these two actions, both publicly available and sealed documents. We have done so, and counsel for Trustwell has approved our archive, found through these links:

ESHA Research, LLC v. RLH Assets, LLC, No. 3:25-cv-00880
RLH Assets, LLC v. ESHA Research, LLC, No. 3:25-cv-00656

We will update this archive as parties file additional documents. Although we have tried to be as thorough and comprehensive as possible, if we have missed anything or made any errors, please do not hesitate to let us know.

Respectfully Submitted,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928