# Exhibit K

# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon); RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)

**Madeline Woodall** <madeline@warrenllp.com> Fri, Oct 23, 2026 at 9:30 PM
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Judge Kantor:

Foodwit respectfully submits the following documents to Your Honor:

Motion to Compel Responses to Requests for Admission
- Exhibit A
- Exhibit B
- Exhibit C
- Exhibit D

As Your Honor requested, we have also sent hard copies of this filing and our cited case authorities to your home address. Those case authorities are:

*Asea, Inc. v. S. Pac. Transp. Co.*, 669 F.2d 1242 (9th Cir. 1981);
*Climax Portable Mach. Tools, Inc. v. Trawema GMBH*, No. 18-1825, 2020 WL 7406540 (D. Or. Dec. 17, 2020);
*Columbia Sportswear Co. v. Ferreira*, 809 F. Supp. 3d 1163 (D. Or. 2025);
*Diederich v. Dep't of Army*, 132 F.R.D. 614 (S.D.N.Y. 1990);
*E. & J. Gallo Winery v. Instituut Voor Landbouw-En Visserijonderzoek*, No. 17-808, 2018 WL 2463869 (E.D. Cal. June 1, 2018);
*Hyundai Motor Co. v. Hyundai Tech. Grp., Inc.*, No. 23-1709, 2024 WL 4404963 (C.D. Cal. July 3, 2024);
*Loftis v. State*, No. 22-1261-B, 2025 WL 3186946 (D. Or. Nov. 13, 2025);
*Lowe v. Idaho Transp. Dep't*, No. 09-653, 2011 WL 13323966 (D. Idaho Mar. 31, 2011);
*Quintara Biosciences, Inc. v. Ruifeng Biztech, Inc.*, 149 F.4th 1081 (9th Cir. 2025);
*United States v. Sandwich Isles Commc'ns, Inc.*, No. 18-145, 2020 WL 13180374 (D. Haw. Jan. 7, 2020); and
*U.S. ex rel. Ferris v. Afognak Native Corp.*, No. 15-150, 2018 WL 2656152 (D. Alaska 2018).

Foodwit is available should Your Honor have any questions regarding this filing.

Respectfully Submitted,
Madeline Woodall

--
Madeline Woodall madeline@warrenllp.com +1 (415) 895-2992

**5 attachments**

**Motion to Compel Responses to Requests for Admission.pdf**
348K

**Exhibit A.pdf**
4981K

**Exhibit B.pdf**
266K

**Exhibit C.pdf**
92K

**Exhibit D.pdf**
4170K