# Exhibit L

Filed under seal