# Exhibit M

Filed under seal