# Exhibit N

# Exhibit B

Warren LLP

Warren LLP
2261 Market Street, No. 606
San Francisco, California 94114

TEL +1 (415) 895 2940
FAX +1 (415) 895 2964
warrenllp.com

August 21, 2026

**By Electronic Mail**

Cary D. Sullivan
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California, 92612
carysullivan@jonesday.com

Brian R. Talcott
Dunn Carney LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon, 97204
btalcott@dunncarney.com

**Re: ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)**
**RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)**

Counsel:

I write with two notes regarding our written discovery served today. First, as you can see, we have provided both Word and PDF versions of all documents, as a courtesy to you to reduce your administrative burden of responding. Should you serve written discovery in the future, we would appreciate the same courtesy.

Second, should you answer Request for Admission No. 1,019 with an unqualified admission, there is no need to answer any of the other Requests for Admission in this set.

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matthew S. Warren