# Exhibit P

Filed under seal