# Exhibit R

# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon); RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)

**Matt Warren** <matt@warrenllp.com> Fri, Oct 23, 2026 at 9:48 PM
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Judge Kantor:

I write to resolve an apparent procedural misunderstanding. This evening, the parties filed their motions in response to Your Honor's order of this past Monday, but apparently interpreted Your Honor's orders differently.

Based on Your Honor's comments during the parties' initial teleconference of October 13 as well as your email of this past Monday, Foodwit understood Your Honor to order the parties to file directly with Your Honor, and then to put all communications with Your Honor on the public docket at the end of each month, through a declaration. We followed that procedure tonight. Trustwell evidently understood differently, as they put their motion on the Court's public docket.

No harm, no foul; all the parties received all the materials, and no one suffered any prejudice. In the future, though, it would be best if we all follow the same procedure. Although the most important point is for the parties to do what is easiest for Your Honor, I will put in a brief plug for the procedure as Foodwit understood Your Honor to order it, because that procedure allows for easier filing of confidential materials, followed by post-filing coordination of redactions between the parties before anything becomes public, thus avoiding putting the filing party in the difficult position of having to predict what the non-filing party would find confidential.

We would appreciate Your Honor's guidance toward the best way to file motions before Your Honor in the future. Thank you for your time and consideration.

Respectfully Submitted,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928