# Exhibit U

# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon); RLH Assets, LLC v. ESHA Research, LLC, No. 25-656 (D. Oregon)

**Madeline Woodall** <madeline@warrenllp.com> Mon, Oct 26, 2026 at 7:49 PM
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Lauren Dutkiewicz <ldutkiewicz@jonesday.com>, Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Judge Kantor:

Foodwit respectfully submits the following documents to Your Honor, which it filed today.

Motion to Compel Further Supplementation of Trade Secret Disclosure
- Exhibit 1
- Exhibit 2 [Under Seal]
- Exhibit 3
- Exhibit 4
- Exhibit 5
- Exhibit 6

As Your Honor requested, we have also sent hard copies of this filing and our cited case authorities to your home address. Those case authorities are:

*Abernathy v. Liberty Ins. Corp.*, No. 22-1903, 2023 WL 6785797 (C.D. Cal. Sept. 22, 2023);
*FemtoMetrix, Inc. v. Huang*, No. 22-1624, 2023 WL 6786776 (C.D. Cal. Sept. 8, 2023);
*Gray v. Virga*, No. 12-3006, 2015 WL 1509082 (E.D. Cal. Apr. 1, 2015);
*Ikon Office Sols., Inc. v. Konica Minolta Bus. Sols., U.S.A.*, No. 08-539, 2009 WL 4429156 (W.D.N.C. Nov. 25, 2009);
*Mattson Tech., Inc. v. Applied Materials, Inc.*, No. 23-6071, 2026 WL 1303361 (N.D. Cal. May 12, 2026);
*Reinsdorf v. Skechers U.S.A., Inc.*, No. 10-7181, 2013 WL 12116416 (C.D. Cal. Sept. 9, 2013);
*Sender v. Mann*, 225 F.R.D. 645 (D. Colo. 2004);
*Vesta Corp. v. Amdocs Mgmt. Ltd.*, 147 F. Supp. 3d 1147 (D. Or. 2015);
*Vesta Corp. v. Amdocs Mgmt. Ltd.*, No. 14-1142, 2016 WL 1337318 (D. Or. Apr. 4, 2016);
*Voggenthaler v. Maryland Square, LLC*, No. 08-1618, 2010 WL 11579075 (D. Nev. Mar. 2, 2010); and
*Xerox Corp. v. Int'l Bus. Machines Corp.*, 64 F.R.D. 367 (S.D.N.Y. 1974).

Foodwit is available should Your Honor have any questions regarding this filing.

Respectfully Submitted,
Madeline Woodall

--
Madeline Woodall madeline@warrenllp.com +1 (415) 895-2992

**7 attachments**

**Motion to Compel Further Supplementation of Trade Secret Disclosure.pdf**
111K

**Ex. 1.pdf**
313K

**Ex. 2.pdf**
15615K

**Ex. 3.pdf**
1605K

**Ex. 4.pdf**
192K

**Ex. 5.pdf**
267K

**Ex. 6.pdf**
182K