# Exhibit X

## Filed under seal