# Exhibit Z

# Exhibit 4

Kailey Fung <kailey@warrenllp.com>

# ESHA Research, LLC v. RLH Assets, LLC, No. 25-880 (D. Oregon)

**Sullivan, Cary D.** <carysullivan@jonesday.com> Thu, Apr 30, 2026 at 6:05 PM
To: Jake Kamstra <jake@warrenllp.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenlex.com>

Matt,

Thanks for your message.

Given that the court just issued its order last Friday largely denying Foodwit's motion to dismiss, Trustwell has not yet supplemented its trade secret disclosure. It will do so shortly. However, that will not be complete by May 15.

Moreover, the court made clear in its order that discovery is open, is necessary and required under binding Ninth Circuit precedent, and that any issues regarding the sufficiency of trade secret identification can only be resolved at summary judgment or trial. Nothing in the court's order suggests or provides that discovery should be limited or phased in any way. Nor have you explained what good cause you believe exists for such a proposal in the first instance. We do not believe a good faith basis exists for such a proposal.

We do wish to discuss scheduling the platform inspection of Workbench. We request available dates within the next three months.

Trustwell has always maintained that the quickest and easiest way to confirm whether Foodwit in fact copied the entirety of Genesis Foods is a platform inspection of Workbench. We trust Foodwit has no reservations about substantiating its defense now that the court made clear that the pleading stage is behind us and discovery will take place.

Please let us know if you would like to discuss further.

Thanks,

Cary

Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513

[Quoted text hidden]

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***