# Exhibit FF

## RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB

**Matt Warren** <matt@warrenllp.com> Tue, Oct 27, 2026 at 6:57 PM
To: Henry Kantor <judgekantor@gmail.com>, Cary Sullivan <carysullivan@jonesday.com>, Lauren Dutkiewicz <ldutkiewicz@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>
Cc: Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Judge Kantor:

Thank you. On November 12, we are available from 1:00 p.m. PT to 3:00 p.m. PT, but not in the morning.

A few emails ago, instead of hitting reply all, Trustwell counsel modified the distribution list to remove the Foodwit team's mailing lists. Our team uses our mailing lists as a shared archive and workspace, and so we designated them as our addresses for service under the parties' email service agreements. We accommodated Trustwell by adding Ms. Dutkiewicz to our outgoing emails, although she is not part of the parties' service agreements. We hope that in the future Trustwell can provide the return courtesy of including our mailing lists, cc'ed here, on all emails regarding this matter, as required by the service agreements. Thank you for your anticipated courtesy.

Respectfully Submitted,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928

On Tue, Oct 27, 2026 at 4:39 PM Henry Kantor <judgekantor@gmail.com> wrote:

> Dear Counsel:
>
> Not a surprise -- I learned from the Clerk's office that no hearing can be scheduled on Nov. 11. So we are left with the 12th. I can offer you a maximum of two hours, either 10 am - 12 noon or 1-3 pm. What works?
>
> So you know, as of now my next available slot is the morning of Dec. 4.
>
> Sincerely, Judge Kantor
>
> On Tue, Oct 27, 2026 at 3:58 PM Henry Kantor <judgekantor@gmail.com> wrote:
>
>> Dear Counsel:
>>
>> At present I am not available on any other day that week. There is talk about moving a class action mediation I have set for Nov. 11 to December so I will give that a few more hours. However, I don't know if I will be allowed by the court to schedule a hearing on a national holiday when the federal courts are closed -- I will ask. So, meanwhile, please keep Nov. 12 as free as possible. More later.
>>
>> Sincerely, Judge Kantor
>>
>> On Tue, Oct 27, 2026 at 3:53 PM Sullivan, Cary D. <carysullivan@jonesday.com> wrote:
>>
>>> Dear Judge Kantor,
>>>
>>> The parties have met and conferred and agree that it makes sense to schedule another discovery conference.
>>>
>>> On behalf of Trustwell, we are available on November 12.

On behalf of Foodwit, Mr. Warren asked me to relay his position on scheduling, as set forth below:

> We have significant conflicts on November 12 that will require work for us to resolve. For that reason, we would prefer to have a hearing either earlier in the week of November 9, including on November 11 when we can be available despite the national holiday, or as soon as possible during the week of November 16. If the Special Master has time in those windows, we would appreciate his consideration of them. If the Special Master does not have time in those windows, in light of the importance of resolving the issues in this matter, we can make November 12 work.

I'm confident that we can make ourselves available as necessary on the alternative dates that Mr. Warren suggests, if Your Honor is also available then.

Please let us know how you would like to proceed.

Thank you,

Cary D. Sullivan
Partner
**JONES DAY® - One Firm Worldwide℠**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Office +1.949.553.7513