# Exhibit HH

# RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB

**Matt Warren** <matt@warrenllp.com> Thu, Oct 29, 2026 at 10:33 AM
To: Henry Kantor <judgekantor@gmail.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Lauren Dutkiewicz <ldutkiewicz@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Judge Kantor:

I write with Trustwell's consent to raise two procedural issues regarding our end-of-the-month declarations.

First, the parties agree that each party will provide a declaration including each of the emails it has sent, including attachments to those emails. But this agreement would exclude emails from the Special Master. To fill this gap, the parties propose to alternate including in their declarations the emails from the special master, including attachments to those emails. Foodwit will take October, Trustwell November, and so forth.

Second, to eliminate any confusion over the deadline for these declarations, and to avoid a last-minute scramble if the parties send emails near the end of the month, the parties suggest that the declarations covering each month be due the second business day of the following month.

The parties appreciate the Special Master's guidance regarding these proposals.

Respectfully Submitted,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928