# Exhibit II

# RLH Assets, LLC v. ESHA Research, LLC, Case No. 3:25-cv-00656-AB; ESHA Research, LLC v. RLH Assets, LLC, Case No. 3:25-cv-00880-AB

**Henry Kantor** <judgekantor@gmail.com> Thu, Oct 29, 2026 at 11:03 AM
To: Matt Warren <matt@warrenllp.com>
Cc: Cary Sullivan <carysullivan@jonesday.com>, Lauren Dutkiewicz <ldutkiewicz@jonesday.com>, Brian Talcott <btalcott@dunncarney.com>, Andy McStay <andymcstay@dwt.com>, "ESHA Research, LLC v. RLH Assets, LLC" <25-880@cases.warrenllp.com>, "RLH Assets, LLC v. ESHA Research, LLC" <25-656@cases.warrenllp.com>

Dear Counsel:

As I am sending this on a short break in the midst of a mediation, I will be brief.

As to alternating months, I completely agree and actually had intended to tell you to do it that way, but I think I never did.

As to the the due date, your proposal makes perfect sense and I'm fine with that.

Sincerely, Judge Kantor

Senior Judge Henry Kantor
judgekantor@gmail.com
Cell: 503-475-3851

On Thu, Oct 29, 2026 at 10:33 AM Matt Warren <matt@warrenllp.com> wrote:

> Judge Kantor:
>
> I write with Trustwell's consent to raise two procedural issues regarding our end-of-the-month declarations.
>
> First, the parties agree that each party will provide a declaration including each of the emails it has sent, including attachments to those emails. But this agreement would exclude emails from the Special Master. To fill this gap, the parties propose to alternate including in their declarations the emails from the special master, including attachments to those emails. Foodwit will take October, Trustwell November, and so forth.
>
> Second, to eliminate any confusion over the deadline for these declarations, and to avoid a last-minute scramble if the parties send emails near the end of the month, the parties suggest that the declarations covering each month be due the second business day of the following month.
>
> The parties appreciate the Special Master's guidance regarding these proposals.
>
> Respectfully Submitted,
> Matt Warren
>
> --
> Matt Warren matt@warrenllp.com +1 (415) 895-2928