P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 3:25-cv-00880-AB<br><br>**NOTICE OF CHANGE TO ATTORNEY CONTACT INFORMATION** |

Under Local Rule 83-10(b), Defendant RLH Assets, LLC d/b/a Foodwit hereby provides notice that the firm name for its out-of-state counsel has changed to Warren LLP. Counsel's mailing address remains the same:

>Matthew S. Warren (*pro hac vice*)
>Erika H. Warren (*pro hac vice*)
>WARREN LLP
>2261 Market Street, No. 606
>San Francisco, California, 94114
>+1 (415) 895-2940
>+1 (415) 895-2964 facsimile

Counsel's email address for this matter is now 25-880@cases.warrenllp.com.

Date: January 21, 2026

Respectfully submitted,

*s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 778-5302
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

Page 1 – NOTICE OF CHANGE TO ATTORNEY CONTACT INFORMATION