P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com

*Attorneys for RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00656-AB<br><br>**RESPONSE TO ESHA'S MOTION TO CONSOLIDATE** |
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00880-AB<br><br>**RESPONSE TO ESHA'S MOTION TO CONSOLIDATE** |

**INTRODUCTION**

Foodwit previously opposed consolidation of these two actions because, in one of them, Foodwit's motion to dismiss remained pending.  Now that the Court has resolved Foodwit's motion to dismiss, Foodwit does not oppose consolidation of these two actions.  Puzzlingly, although Foodwit had explicitly grounded its previous opposition to consolidation on its pending motion to dismiss, ESHA did not meet and confer with Foodwit before filing this motion.

**BACKGROUND**

Two cases are pending in this Court between the same parties:  *RLH Assets, LLC v. ESHA Research, LLC*, No. 25-656, and *ESHA Research, LLC v. RLH Assets, LLC*, No. 25-880.  ESHA previously urged consolidation using the Court's discovery dispute process; Foodwit opposed on the grounds that its motion to dismiss was still pending, and that "[r]esolution of these issues will guide any consolidation; the cart should not precede the horse."  *Foodwit v. ESHA*, Docket No. 26-1 at 4.  The Court ordered ESHA to file a motion, *Foodwit v. ESHA*, Docket No. 23, but later indicated that it "makes sense to hit the pause button on the motion to consolidate" pending resolution of the motion to dismiss, *ESHA v. Foodwit*, Docket No. 41 at 34:11-15, and denied ESHA's motion "with leave to refile at a later date."  *Foodwit v. ESHA*, Docket No. 25.

On May 4, 2026, ESHA filed its current motion to consolidate, but did not meet and confer with Foodwit before doing so.  *Foodwit v. ESHA*, Docket No. 26.  Instead, ESHA relied on its meet-and-confer efforts before its previous motion, *see id.* at 1, a puzzling choice given Foodwit's explicit reliance on its motion to dismiss in opposing ESHA's previous motion.[1]

---

[1] ESHA stated and its counsel averred that Foodwit "repeatedly refused" or "repeatedly declined to agree" to consolidation.  *Foodwit v. ESHA*, Docket No. 26 at 7; Docket No. 26-1 ¶ 2. The word "repeatedly" apparently refers to Foodwit's statement of its view during a 2025 meet-and-confer call, and its written memorialization of that view a few days later, when the parties filed their discovery dispute.  *Foodwit v. ESHA*, Docket No. 26-1 ¶ 2, Ex. A.

Page 1 – RESPONSE TO ESHA'S MOTION TO CONSOLIDATE

**CONCLUSION**

Now that the Court has resolved Foodwit's motion to dismiss, Foodwit does not oppose

consolidation of these two actions for all purposes including trial.

Date:  May 18, 2026                              Respectfully submitted,

                                                 */s/ P. Andrew McStay, Jr.*
                                                 P. Andrew McStay, Jr., OSB No. 033997
                                                 DAVIS WRIGHT TREMAINE LLP
                                                 560 SW 10th Avenue, Suite 700
                                                 Portland, Oregon, 97205
                                                 +1 (503) 778-5302
                                                 +1 (503) 778-5299 facsimile
                                                 andymcstay@dwt.com

                                                 Matthew S. Warren (*pro hac vice*)
                                                 Erika H. Warren (*pro hac vice*)
                                                 WARREN LLP
                                                 2261 Market Street, No. 606
                                                 San Francisco, California, 94114
                                                 +1 (415) 895-2940
                                                 +1 (415) 895-2964 facsimile
                                                 25-880@cases.warrenllp.com

                                                 *Attorneys for RLH Assets, LLC d/b/a Foodwit*

Page 2 – RESPONSE TO ESHA'S MOTION TO CONSOLIDATE