P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com

*Attorneys for Defendant RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>    Defendant. | Case No. 3:25-cv-00880-AB<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF FOODWIT'S OPPOSITION TO ESHA'S MOTION TO STRIKE** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1.      I am an attorney licensed to practice in the States of California and New York, and the Commonwealth of Massachusetts, and admitted pro hac vice in this action.  I am a partner at

Page 1 – WARREN DECLARATION IN SUPPORT OF OPPOSITION TO ESHA'S MOTION TO STRIKE

Warren LLP, counsel for defendant RLH Assets, LLC d/b/a Foodwit in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of a letter from Jacob Kamstra of May 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 11, 2026, at San Francisco, California.

Matthew S. Warren