UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Defendant. | ) | Case No. 3:25-cv-00656-AB<br><br>**DECLARATION OF HENRY KANTOR** |
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br><br>Defendant. | ) | Case No. 3:25-cv-00880-AB |

I, HENRY KANTOR, declare as follows:

1. This declaration is based on personal knowledge. I am competent to testify concerning these matters. This declaration constitutes my disclosure under Fed. R. Civ. P. 53(b)(3)(A).

2. Having retired after more than 22 years as an Oregon District and Circuit Court Judge, I am an Oregon Senior Judge.

3. I do not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. § 445.

4. I can perform the duties of Special Master in this case in a fair, neutral, and impartial manner if I am appointed as a Special Master in this case.

I declare under penalty of perjury under the laws of the United States that the statements made above are true and accurate.

DATED September 29, 2026.

Henry Kantor

Henry Kantor