Brian R. Talcott, OSB No. 965371
DUNN CARNEY LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
E-mail: btalcott@dunncarney.com

Cary D. Sullivan (*admitted Pro Hac Vice*)
Lauren E. Dutkiewicz (*admitted Pro Hac Vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com
Email: ldutkiewicz@jonesday.com

*Attorneys for Plaintiff*
TRUSTWELL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

ESHA RESEARCH, LLC., now known as TRUSTWELL,

Plaintiff,

v.

RLH ASSETS, LLC, doing business as FOODWIT, an Oregon limited liability company,

Defendant.

Civil No. 3:25-cv-00880-AB consolidated with 25-cv-00656-AB

**DECLARATION OF CARY D. SULLIVAN IN SUPPORT OF TRUSTWELL'S MOTION TO COMPEL INSPECTION OF FOODWIT'S WORKBENCH PLATFORM**

[Special Master Hon. Henry Kantor]

**DECLARATION OF CARY D. SULLIVAN**

I, Cary D. Sullivan, hereby declare as follows:

1. I am an attorney and partner in the law firm of Jones Day, counsel of record for ESHA Research, LLC., now known as Trustwell ("Trustwell"). I am licensed to practice law in the State of California, and am admitted *pro hac vice* before this Court. I submit this declaration in support of Trustwell's Motion to Compel Inspection of Foodwit's Workbench Platform. The facts stated herein are based on my own personal knowledge, and if called and sworn as a witness, I could and would competently testify concerning such matters.

2. On August 17, 2026, Trustwell served its Notice of Expert Inspection to Defendant Foodwit ("Inspection Notice"). A true and correct copy of the Inspection Notice is attached hereto as **Exhibit A**.

3. On September 16, 2026, Foodwit served its Objection to Plaintiff's Notice of Expert Inspection ("Objection"). A true and correct copy of the Objection is attached hereto as **Exhibit B**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on October 23, 2026 in Irvine, California.

Cary D. Sullivan

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2026, I caused to be served the foregoing **DECLARATION OF CARY D. SULLIVAN IN SUPPORT OF TRUSTWELL'S MOTION TO COMPEL INSPECTION OF FOODWIT'S WORKBENCH PLATFORM** on the following party via the following method(s):

P. Andrew McStay, Jr.
Email: andymcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
Telephone: +1 (503) 241-2300
Facsimile: +1 (503) 778-5299

Matthew S. Warren (pro hac vice)
Erika H. Warren (pro hac vice)
Shaida Shahinfar (pro hac vice)
Email: 25-880@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

*Attorney for RLH Assets, LLC d/b/a Foodwit*

by:
- ☐ U.S. Postal Service, ordinary first class mail
- ☒ electronic service
- ☐ other (specify) Email

**JONES DAY**

*/s/ Lauren E. Dutkiewicz*
Cary D. Sullivan (*admitted Pro Hac Vice*)
Lauren E. Dutkiewicz (*admitted Pro Hac Vice*)
Email: carysullivan@jonesday.com
Email: ldutkiewicz@jonesday.com

**DUNN CARNEY LLP**
Brian R. Talcott, OSB 965371
Email: btalcott@dunncarney.com

*Attorneys for Plaintiff Trustwell*