P. Andrew McStay, Jr., OSB No. 033997
DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon, 97205
+1 (503) 241-2300
+1 (503) 778-5299 facsimile
andymcstay@dwt.com

Matthew S. Warren (*pro hac vice*)
Erika H. Warren (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-880@cases.warrenllp.com
25-656@cases.warrenllp.com

*Attorneys for RLH Assets, LLC d/b/a Foodwit*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, LLC, an Oregon limited liability company,<br>Plaintiff,<br>v.<br>RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br>Defendant. | Case No. 3:25-cv-00880-AB<br>**DECLARATION OF MATTHEW S. WARREN REGARDING CORRESPONDENCE WITH THE SPECIAL MASTER**<br>**BEFORE THE SPECIAL MASTER** |
| RLH ASSETS, LLC d/b/a FOODWIT, an Oregon limited liability company,<br>Plaintiff,<br>v.<br>ESHA RESEARCH, LLC, an Oregon limited liability company,<br>Defendant. | Case No. 3:25-cv-00656-AB<br>**DECLARATION OF MATTHEW S. WARREN CONCERNING CORRESPONDENCE WITH THE SPECIAL MASTER**<br>**BEFORE THE SPECIAL MASTER** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the States of California and New York, and the Commonwealth of Massachusetts, and admitted *pro hac vice* in these actions. I am a partner at Warren LLP, counsel for RLH Assets, LLC d/b/a Foodwit in these actions. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto. Under the Special Master's instructions of October 13 and October 29, 2026, Foodwit submits this declaration attaching communications with the Special Master.

2. Attached as Exhibit A is a true and correct copy of an email from Special Master Judge Henry Kantor on September 28, 2026.

3. Attached as Exhibit B is a true and correct copy of an email from Special Master Judge Henry Kantor on September 28, 2026.

4. Attached as Exhibit C is a true and correct copy of an email from Matthew S. Warren on September 28, 2026.

5. Attached as Exhibit D is a true and correct copy of an email from Special Master Judge Henry Kantor on September 28, 2026.

6. Attached as Exhibit E is a true and correct copy of an email from Matthew S. Warren on September 28, 2026.

7. Attached as Exhibit F is a true and correct copy of an email from Special Master Judge Henry Kantor on October 5, 2026.

8. Attached as Exhibit G is a true and correct copy of an email from Matthew S. Warren on October 15, 2026.

9. Attached as Exhibit H is a true and correct copy of an email from Matthew S. Warren on October 16, 2026.

10. Attached as Exhibit I is a true and correct copy of an email from Special Master Judge Henry Kantor on October 16, 2026.

11. Attached as Exhibit J is a true and correct copy of an email from Special Master Judge Henry Kantor on October 19, 2026.

12. Attached as Exhibit K is a true and correct copy of an email from Madeline Woodall on October 23, 2026.

13. Attached as Exhibit L is a true and correct copy of Docket No. 111 filed under seal in this action and enclosed with Exhibit K.

14. Attached as Exhibit M is a true and correct copy of Docket No. 111-1 filed under seal in this action and enclosed with Exhibit K.

15. Attached as Exhibit N is a true and correct copy of Docket No. 110-2 filed in this action and enclosed with Exhibit K.

16. Attached as Exhibit O is a true and correct copy of Docket No. 110-3 filed in this action and enclosed with Exhibit K.

17. Attached as Exhibit P is a true and correct copy of Docket No. 111-2 filed under seal in this action and enclosed with Exhibit K.

18. Attached as Exhibit Q is a true and correct copy of an email from Madeline Woodall on October 23, 2026, including its attachments.

19. Attached as Exhibit R is a true and correct copy of an email from Matthew S. Warren on October 23, 2026.

20. Attached as Exhibit S is a true and correct copy of an email from Special Master Judge Henry Kantor on October 25, 2026.

21. Attached as Exhibit T is a true and correct copy of an email from Matthew S. Warren on October 25, 2026.

22. Attached as Exhibit U is a true and correct copy of an email from Madeline Woodall on October 26, 2026.

23. Attached as Exhibit V is a true and correct copy of Docket No. 113 filed in this action and enclosed with Exhibit U.

24. Attached as Exhibit W is a true and correct copy of Docket No. 113-1 filed in this action and enclosed with Exhibit U.

25. Attached as Exhibit X is a true and correct copy of Docket No. 114, filed under seal in this action and enclosed with Exhibit U.

26. Attached as Exhibit Y is a true and correct copy of Docket No. 113-3 filed in this action and enclosed with Exhibit U.

27. Attached as Exhibit Z is a true and correct copy of Docket No. 113-4 filed in this action and enclosed with Exhibit U.

28. Attached as Exhibit AA is a true and correct copy of Docket No. 113-5 filed in this action and enclosed with Exhibit U.

29. Attached as Exhibit BB is a true and correct copy of Docket No. 113-6 filed in this action and enclosed with Exhibit U.

30. Attached as Exhibit CC is a true and correct copy of an email from Special Master Judge Henry Kantor on October 26, 2026.

31. Attached as Exhibit DD is a true and correct copy of an email from Special Master Judge Henry Kantor on October 27, 2026.

32. Attached as Exhibit EE is a true and correct copy of an email from Special Master Judge Henry Kantor on October 27, 2026.

33. Attached as Exhibit FF is a true and correct copy of an email from Matthew S. Warren on October 27, 2026.

34. Attached as Exhibit GG is a true and correct copy of an email from Special Master Judge Henry Kantor on October 28, 2026.

35. Attached as Exhibit HH is a true and correct copy of an email from Matthew S. Warren on October 29, 2026.

36. Attached as Exhibit II is a true and correct copy of an email from Special Master Judge Henry Kantor on October 29, 2026.

37. Attached as Exhibit JJ is a true and correct copy of an email from Madeline Woodall on October 30, 2026, including its attachments.

38. Attached as Exhibit KK is a true and correct copy of an email from Madeline Woodall on October 30, 2026, including its attachments.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2026, at San Francisco, California.

Matthew S. Warren